```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA          :
:
:                   19-CR-528 (VSB)
- against -                       :
:                   **ORDER**
:
TONY WILLIAMS,                    :
:
                 Defendant.       :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 19, 2021, Defendant Tony Williams filed an emergency motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Doc. 31.)   It is hereby:

ORDERED that on or before March 29, 2021, the Government shall file a response addressing:  1) whether or not Defendant is eligible for release to a half-way house; 2) whether or not the Bureau of Prisons intends to release him; 3) whether or not Defendant is eligible for the vaccine, and if so, when he would most likely receive the vaccine; and (4) any other matters the Government believes are relevant to my consideration of Plaintiff's motion.

IT IS FURTHER ORDERED that Defendant's reply, if any shall be postmarked on or before April 19, 2021.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Defendant.

SO ORDERED.

Dated: March 23, 2021
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge