Law Offices of Donna R. Newman
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844    cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N J. Bar

August 18, 2025

Via Email & ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  8/19/2025

Re: *United States v. Tony Williams*
   19 cr 00528

Dear Judge Broderick:

      I represent Tony Williams. Probation has filed a Violation of Supervise Release petition which is pending before Your Honor.  An  appearance is scheduled for September 2, 2025. I have a conflict with that date and time. The Government and Probation consent to an adjournment of this court appearance. It is my understanding the Court can hear us on September 16th at 11:00 a.m. The parties are available at that date and time.

      Wherefore, I respectfully request the Court adjourn this matter until September 16th at 11:00 a.m. I thank the Court for its consideration of this request.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Elizabeth Espinosa via ECF and Email.
    USPO Kyro King via Email
    Tony Williams via Email